1  John K Rubiner, State Bar No. 155208
   BARTON, KLUGMAN AND OETTING LLP
2  350 South Grand Avenue, Suite 2200
   Los Angeles, CA 90071
3  Telephone:  (213) 621-4000
   Facsimile:  (213) 617-1832
4  Email:   jrubiner@bkolaw.com

5  Attorneys for Trustee
   ANNE HAWKINS
6

7              UNITED STATES DISTRICT COURT
8     CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION
9

| 10 | UNITED STATES OF AMERICA, | Case No. 2:18-mj-02881 |
|---|---|---|
| 11 | Plaintiff, | Hon. Rozella A. Oliver, Ctrm. 590 |
| 12 | v. | **NOTICE OF MOTION AND MOTION TO VACATE SEIZURE WARRANT** |
| 13-15 | Any and All Funds in USAA Savings Bank Accounts #xxxxxx2155, #xxxxxx2058, #xxxxxx2171, and #xxxxxx1507, | |
| 16 | Defendants. | |

17  **TO THE COURT AND ALL PARTIES ENTITLED TO NOTICE**:

18     **PLEASE TAKE NOTICE** that on a date and time to be set by this Court, or as soon thereafter as counsel may be heard, Claimant, Anne Hawkins, through her attorneys, John K. Rubiner and Barton, Klugman and Oetting LLP, will bring on for hearing the following motion to vacate the seizure warrant on the grounds that the seizure is in violation of the First, Forth, and Fifth Amendments, *Fort Wayne Books v. Indiana*, 489 U.S. 46 (1989) and its progeny, and *Franks v. Delaware*, 438 U.S. 154 (1978).

25  \ \ \
26  \ \ \
27  \ \ \
28  \ \ \

## **MOTION**

Claimant, Anne Hawkins, through her attorneys, John K. Rubiner and Barton, Klugman and Oetting LLP, pursuant to the United States Constitution, the Federal Rules of Civil Procedure, and all other applicable statutes, case law, and local rules, moves this Court for an order to vacate the seizure warrant.

This motion is based upon this notice, the attached statement of facts, memorandum of points and authorities, declarations, and exhibits, this Court's entire file, and any and all other materials that may come to this Court's attention at or before the hearing on this motion.

Respectfully submitted,

Dated: January 16, 2019  *s/ John K. Rubiner*
John K. Rubiner
Barton, Klugman and Oetting LLP
Attorneys for Anne Hawkins

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 350 South Grand Avenue, Suite 2200, Los Angeles, California 90071-3485.

On January 16, 2019, I served the foregoing document(s) described as **MEMORANDUM OF LAW AND POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO STAY SEIZURE WARRANT** on the interested party/ies in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Nicola T. Hanna, US Atty<br>Lawrence S. Middleton, Asst US Atty<br>Chief, Criminal Division<br>Steve R. Welk<br>Assistant US Atty<br>Chief, Asset Forfeiture Section<br>John J. Kucera, Asst US Atty<br>Asset Forfeiture Section<br>Federal Courthouse, 14th Floor<br>312 No. Spring Street<br>Los Angeles, CA  90012 | Attorneys for Plaintiff<br>United States of America<br>Tel.:   213-894-3391<br>Fax:   213-894-0142<br>Email: john.kucera@usdoj.gov |

☒ BY CM/ECF: The document was electronically served on the parties to this action via the mandatory United States District Court of California CM/ECF system upon electronic filing of above-described document.

Executed on January 16, 2019, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

*/s/ Michele E. Mason*
MICHELE E. MASON