John K Rubiner, State Bar No. 155208
BARTON, KLUGMAN AND OETTING LLP
350 South Grand Avenue, Suite 2200
Los Angeles, CA 90071
Telephone:  (213) 621-4000
Facsimile:   (213) 617-1832
Email:   jrubiner@bkolaw.com

Attorneys for Trustee
ANNE HAWKINS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Any and All Funds in USAA Savings Bank Accounts #xxxxxx2155, #xxxxxx2058, #xxxxxx2171, and #xxxxxx1507,<br><br>Defendants. | Case No. 2:18-mj-02881<br><br>Hon. Rozella A. Oliver, Ctrm. 590<br><br>**DECLARATION OF JOHN K. RUBINER IN SUPPORT OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO STAY SEIZURE WARRANT** |
|---|---|

1. I am an attorney licensed by the State of California, among others. I am a partner with Barton, Klugman & Oetting, LLP, counsel for Anne Hawkins, in her capacity as trustee for the Chiapas, Puebla, Oaxaca and Cuernavaca trusts (collectively the "trusts").

2. The trusts had several bank accounts at USAA Savings Bank ("USAA"). On November 29, 2018, USAA informed Ms. Hawkins that all of the funds were transferred out of the trust accounts but did not tell Ms. Hawkins where the funds were transferred. This was the first the trusts learned of a seizure of funds from the bank accounts. At the time, USAA did not explain why the

funds were transferred out of the account. There was no advance notice that this seizure was going to take place.

3. Ms. Hawkins tried to get information from USAA and others about what happened but was unsuccessful. On December 6, 2018, Ms. Hawkins wrote USAA seeking clarification and received no response. Attached as Exhibit A is copy of her letter. USAA did not respond to the letter. Ms. Hawkins then retained me. In this exhibit and all other exhibits, I am redacting portions of the actual account numbers.

4. On December 28, 2018, I emailed a letter to Assistant United States Attorney John Kucera requesting an explanation as to what had happened to the trust's funds. I also sent a letter to USAA requesting an explanation. A true and correct copy of my letter to AUSA Kucera is attached as Exhibit B.

5. Having not received a response from Mr. Kucera to my December 28, 2018 letter, on January 4, 2019, I sent Mr. Kucera an email asking if the government would respond to my letter. Later that day, I received an email from Mr. Kucera with a copy of the seizure warrant's face page. A true and correct copy of Mr. Kucera's January 4, 2019 email to me, which contains my January 4, 2019 email to him, is attached as Exhibit C.

6. I subsequently asked Mr. Kucera if he would provide me with a copy of the affidavit the government submitted in support of the search warrant. To date, Mr. Kucera has refused to provide me with a copy of the affidavit.

7. Attached as Exhibit D is a true and correct copy of a letter and attachment I received from USAA's counsel on January 14, 2019.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I executed this declaration on January 15, 2019.

*/s/ John K. Rubiner*
John K. Rubiner

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 350 South Grand Avenue, Suite 2200, Los Angeles, California 90071-3485.

On January 16, 2019, I served the foregoing document(s) described as **DECLARATION OF JOHN K. RUBINER IN SUPPORT OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO STAY SEIZURE WARRANT** on the interested party/ies in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

Nicola T. Hanna, US Atty  
Lawrence S. Middleton, Asst US Atty  
Chief, Criminal Division  
Steve R. Welk  
Assistant US Atty  
Chief, Asset Forfeiture Section  
John J. Kucera, Asst US Atty  
Asset Forfeiture Section  
Federal Courthouse, 14th Floor  
312 No. Spring Street  
Los Angeles, CA  90012  

Attorneys for Plaintiff  
United States of America  
Tel.:	213-894-3391  
Fax:	213-894-0142  
Email:  john.kucera@usdoj.gov  

☒	BY CM/ECF:  The document was electronically served on the parties to this action via the mandatory United States District Court of California CM/ECF system upon electronic filing of above-described document.

Executed on January 16, 2019, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

*/s/ Michele E. Mason*  
MICHELE E. MASON

3                                                                                 18-mj-02881

RUBINER DECL. ISO POINTS AND AUTHORITIES IN SUPPORT OF  
MOTION TO STAY SEIZURE WARRANT