EXHIBIT A

To Whom it may concern,                              December 6th, 2018

I am writing to follow up on the fraudulent activity on the following accounts:

507
2058
2155
2171

On November 29th, I was contacted by USAA via mobil message, text message, email, and phone regarding concerning activity within my account.

When I received the phone call from USAA, a USAA agent told me that there was a request for a money transfer out of my accounts. I was alarmed and let the USAA agent know that in no way was that to happen, and that I was absolutely NOT requesting any withdrawal of funds.

The agent whom called me spent 49 minutes on the phone with me, and assured me that the situation was being handled.  In the meantime he walked me through changing all of my current passcodes and information to safeguard me from any other breech of security and privacy.  The USAA agent let me know that I would have a follow up call from USAA within 3 days time.

Within hours I did receive one more call from a USAA agent asking if I wanted money to be transferred, and I reiterated that I did NOT want money to be transferred out of any of my accounts.

Since November 29th, I have called USAA to check in and follow up on the fraudulent activity attempted on my accounts.  I have been told by several agents that the security and fraud protection department is working on the case and that I will hear back from USAA.

No one has contacted me since November 29th.

I am asking that USAA banking management contact me regarding this issue as soon as possible.

Sincerely,

Anne Kathleen Hawkins

annekhawkins@yahoo.com

Lafayette, Ca 94549

EXHIBIT B

DAVID J. CARTANO*
THOMAS E. MCCURNIN
TOD V. BEEBE*
RONALD R. ST. JOHN
JEFFREY B. HARRIS*
MARK A. NEWTON*/
CHRISTOPHER D. HIGASHI*
TERRY L. HIGHAM**
THOMAS E. BELTRAN*
ALLAN N. LOWY**
JOHN K. RUBINER
ETTIE ROSENBERG**/
DANICA HOFF

* A PROFESSIONAL CORPORATION
** A PROFESSIONAL LAW CORPORATION
/ OF COUNSEL

**LAW OFFICES OF**
**BARTON, KLUGMAN & OETTING LLP**
350 SOUTH GRAND AVENUE · SUITE 2200
LOS ANGELES, CALIFORNIA 90071-3454
TELEPHONE 213 621-4000
TELECOPIER 213 625-1832

ROBERT M. BARTON
(1922-2005)

RICHARD F. OETTING
(1933-2014)

ROBERT H. KLUGMAN
(1926-2015)

John K. Rubiner
Direct Line: 213-617-6123
jrubiner@bkolaw.com

In Reply Refer To:

December 28, 2018

**VIA EMAIL TO john.kucera@usdoj.gov**
**AND U.S. MAIL**

John J. Kucera, Esq.
United States Attorney's Office
Asset Forfeiture Section
Federal Courthouse, 14th Floor
312 North Spring Street
Los Angeles, California 90012

> Re:   *Any and All Funds in USAA Savings Bank Accounts,*
>         **Case No. 18-MJ-02881**

Dear Mr. Kucera:

I have been retained as counsel for Anne Hawkins, trustee for the Chiapas, Puebla, Oaxaca and Cuernavaca trusts (collectively the "trusts"). Please direct all further communications concerning Ms. Hawkins and/or those trusts to my attention.

As we understand it, in October the government obtained seizure warrants for a variety of bank accounts, including the USAA Savings Bank ("USAA") accounts the trusts held. The application and warrant were filed in United States District Court for the Central District of California, Case Number 18-MJ-2881. In early December without first obtaining Ms. Hawkins permission, consent or approval USAA transferred the funds in the trusts' accounts somewhere. I am also contacting USAA and have not yet received an explanation as to what happened to the funds or why they were removed from the trusts' accounts.

I understand that on November 27, 2018, you filed with the United States District Court a response to various claimants' applications to stay execution of search warrants, including a response related to the USAA accounts – although no

LAW OFFICES OF

**BARTON, KLUGMAN & OETTING LLP**

John J. Kucera, Esq.
December 28, 2018
Page 2

application was filed related to that particular case and, at that time, we were not aware that a warrant had been issued.  In the document you filed with the Court in the case relating to the trusts' USAA accounts, you stated that applications filed by the other claimants were moot as the warrants expired by their terms and the government does not now seek to execute these Seizure Warrants.

It appears that government did, in fact, execute a seizure of the trusts' USAA funds as they are now gone without explanation from the trusts' accounts at USAA.  Please immediately let me know if the government seized the funds and, if so, under what authority or basis as well as where the funds are now.

Thank you for your anticipated prompt cooperation.

Very truly yours,

John K. Rubiner

JKR:lb

EXHIBIT C

**From:** Kucera, John (USACAC) <John.Kucera@usdoj.gov>
**Sent:** Friday, January 4, 2019 12:17 PM
**To:** John Rubiner <JRubiner@bkolaw.com>
**Cc:** Leanne Barney <lbarney@bkolaw.com>; Wick, Amanda (CRM) <Amanda.Wick@usdoj.gov>; Beckman, Shannen (USACAC) [Contractor] <Shannen.Beckman@usdoj.gov>; Rapp, Kevin (USAAZ) <Kevin.Rapp@usdoj.gov>
**Subject:** RE: Any and All Funds in USAA Savings Bank Accounts

Mr. Rubiner,

Please find the attached face page of a signed seizure warrant related to the funds you are asking about.  The warrant identifies the statutory authority for the seizure.  The government is presently holding these funds.

Please let us know should you have any additional concerns.

Sincerely,
John Kucera

———————————————————————————————————————————————————
John J. Kucera | Assistant United States Attorney
1400 United States Courthouse| 312 N. Spring St. | Los Angeles, California 90012
T: (213) 894-3391 | john.kucera@usdoj.gov

**From:** John Rubiner <JRubiner@bkolaw.com>
**Sent:** Friday, January 04, 2019 11:41 AM
**To:** Kucera, John (USACAC) <jkucera@usa.doj.gov>

**Cc:** Leanne Barney <lbarney@bkolaw.com>
**Subject:** RE: Any and All Funds in USAA Savings Bank Accounts

John

I'm following up on last week's letter and requesting an explanation concerning the status of the funds in the USAA Savings Bank accounts for the trusts I represent.  (For your convenience copy of my December 28, 2018 letter is attached.)  Please respond to my letter as soon as possible or let me know if the government will be delayed in responding and, if so, why and when I can expect a response.

Thanks,

John

**John K. Rubiner**
**Barton, Klugman & Oetting LLP**

**From:** Leanne Barney <lbarney@bkolaw.com>
**Sent:** Friday, December 28, 2018 3:56 PM
**To:** john.kucera@usdoj.gov
**Cc:** John Rubiner <JRubiner@bkolaw.com>
**Subject:** Any and All Funds in USAA Savings Bank Accounts

Dear Mr. Kucera:

Attached is Mr. Rubiner's letter to you dated December 28, 2018.

Very truly yours,
BARTON, KLUGMAN & OETTING LLP

By Leanne Barney, Legal Assistant to
Ronald R. St. John, Mark A. Newton and John K. Rubiner

*******************CONFIDENTIALITY NOTICE****************

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material.  Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited.  If you received this e-mail in error, please contact the sender and delete the material from any computer.

EXHIBIT D

# LINDOW · STEPHENS · TREAT LLP

### ATTORNEYS

TELEPHONE: (210) 227-2200
FACSIMILE: (210) 227-4602

ONE RIVERWALK PLACE
700 N ST. MARY'S STREET, SUITE 1700
SAN ANTONIO, TEXAS 78205

TSCHULTZ@LSTLAW.COM

January 14, 2019

***via electronic mail***
John K. Rubiner
Barton, Klugman & Oetting LLP
350 South Grand Avenue, Suite 2200
Los Angeles, California 90071-3454

     Re:   USAA Bank Account Nos. ▮1507, ▮2058, ▮2155 and ▮2171

Dear Mr. Rubiner:

     My name is Theodore Schultz. I am an attorney with the firm of Lindow Stephens Treat LLP. I represent USAA Bank with regard to your inquiry regarding Account Numbers ▮1507, ▮2058, ▮2155 and ▮2171.

     On November 29, 2018, each of these accounts was liquidated. This liquidation happened due to service of an Amended Seizure Warrant issued in an action styled *In the Matter of the Seizure of Any and All Funds in USAA Savings Bank Accounts #▮2155, #▮2058, #▮2171, and #▮1507*, cause number 2:18-MJ-2881, from the United States Central District of California, signed by the Honorable Rozella A. Oliver, United States Magistrate Judge.

     For your records, I have attached a copy of the envelope by which the Amended Seizure Warrant was sent to my client. The envelope indicates it was sent by overnight mail on Friday, November 9, 2018. The US Post Office Tracking Service indicates it was delivered on Saturday, November 10, 2018 to my client's general address.

     My client has not sought return of the money taken by the government, and does not believe it has grounds to seek replevin of the funds seized. Accordingly, my client has taken no action against the federal government, as the money was taken by government action. USAA Bank does not provide special notification to its customers when the government seizes funds, as the government by law must provide notice of the seizure.

     If you have any further issues, please direct all communications to me, as my client is represented, either at the address above, or by telephone at 210-227-2200.

                     Thanks,

                     Theodore C. Schultz

# United States District Court

_____CENTRAL_____ DISTRICT OF _____CALIFORNIA_____

In the Matter of the Seizure of
(Address or Brief description of property or premises to be seized)

**AMENDED
SEIZURE WARRANT**

ANY AND ALL FUNDS IN USAA SAVINGS
BANK ACCOUNTS #████2155,
#████2058, #████2171, AND #████1507

**CASE NUMBER:  2:18-MJ-2881**

TO:   United States Postal Service   (USPIS) and any Authorized Officer of the United States, Affidavit(s) having been made before me by POSTAL INSPECTOR LYNDON A. VERSOZA  who has reason to believe that in the Western District of Texas there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

Any and All Funds in USAA Savings Bank Accounts #████2155, #████2058, #████2171, And #████1507

**which is** (state one or more bases for seizure under United States Code)

subject to seizure and forfeiture under  18 U.S.C. § 981 (a)(1)(A) and (C)

concerning a violation of Title _18_ United States Code, Sections _1952, 1956, and 1957_.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

_USAA Savings Bank_  is ordered to deliver said funds immediately and forthwith upon presentation of this warrant to the law enforcement agent serving the warrant, in the form of a cashier's check made payable to the United States Postal Service.

YOU ARE HEREBY COMMANDED to seize within 14 days the property specified, serving this warrant and making the seizure in the daytime - 6:00 A.M. to 10:00 P.M., leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned judicial officer as required by law.

_10-31-18 @ 1:57pm_
Date and Time Issued

_Los Angeles, California_
City and State

Hon.  ROZELLA A. OLIVER, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

JOHN J. KUCERA/smb