IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Any and All Funds in USAA Savings Bank Accounts #xxxxxx2155, #xxxxxx2058, #xxxxxx2171, and #xxxxxx1507,<br><br>　　　　　Defendants. | Case No. 2:18-mj-02881<br><br>**[PROPOSED] ORDER GRANTING MOTION TO VACATE SEIZURE WARRANT** |

　　The Court has reviewed and considered the *Motion to Vacate Seizure Warrant* filed on January 16, 2019 by Trustee Anne Hawkins.  Based upon its review of the Motion, the Court has determined that good cause exists to grant the Motion.  Accordingly,

**IT IS ORDERED THAT:**

1. The Motion is granted.
2. The warrant issued on October 31, 2018 by this Court in 18-MJ-2881 is hereby vacated.
3. The funds seized pursuant to the warrant issued on October 31, 2018 by this Court in 18-MJ-2881 is to be returned within seven (7) business days.
4. The government may not seize or encumber any of those funds absent an appropriately noticed motion, adversary hearing, and subsequent order from this Court.

DATE: _____　　　　　BY:_____
　　　　　　　　　　　　　　　　　　Hon. Rozella A. Oliver
　　　　　　　　　　　　　　　　　　United States Magistrate Judge