Thomas H. Bienert, Jr., CA State Bar No. 135311
Whitney Z. Bernstein, CA State Bar No. 304917
BIENERT, MILLER & KATZMAN, PLC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile:  (949) 369-3701
Email:      tbienert@bmkattorneys.com
            wbernstein@bmkattorneys.com

Attorneys for Movant
JAMES LARKIN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>Any and All Funds in USAA Savings Bank Accounts #xxxxxx2155, #xxxxxx2058, #xxxxxx2171, and #xxxxxx1507,<br><br>　　　　　　　Defendant. | Case No. 2:18-mj-02881<br><br>Hon. Rozella A. Oliver<br>Date: TBD<br>Time: TBD<br><br>**JOINDER IN MOTION TO VACATE SEIZURE WARRANT (DOC. NO. 9)** |

　　　　Movant James Larkin hereby joins in Trustee Anne Hawkins' Motion to Vacate Seizure Warrant (Doc. No. 9).  The beneficiaries of the encumbered Trusts are Mr. Larkin's children.  Mr. Larkin adopts the positions set forth in the Trustee's Motion to Vacate Seizure Warrant as if fully set forth herein.

　　　　Mr. Larkin's Joinder in the Motion to Vacate Seizure Warrant (Doc. No. 9) advances the same legal arguments and challenges Mr. Larkin previously raised with this Court regarding other warrants simultaneously issued by this Court on the basis of the same infirm government warrant applications.[1]  Therefore, it is not clear that

---

[1] *See United States v. JP Morgan Chase Bank Funds: Up To and Including $10,000 Held in*

1 he need to join in Motion to Vacate Seizure Warrant which is clearly related to the pending motions. Notwithstanding, he files this Joinder in Trustee Anne Hawkins' Motion to Vacate Seizure Warrant (Doc. No. 9) in an abundance of caution.

Respectfully submitted,

Dated: January 17, 2019

*s/ Thomas H. Bienert, Jr.*
Thomas H. Bienert, Jr.
Whitney Z. Bernstein
Bienert, Miller & Katzman, PLC
Attorneys for Movant James Larkin

---

*Account #xxxxx9285; Up To and Including $100,000 Held in Account #xxxxx4381; Up To and Including $250,000 Held in Account #xxxxx9698; and Up To and Including $100,000 Held in Account #xxxxx5397*, Case No. 18-MJ-2875 (C.D. Cal.) at **(a)** Doc. No. 4 (Application to Stay Execution of Seizure Warrants and Provide Notice to the Court of First Amendment and Franks Violations) (Nov. 20, 2018); **(b)** Doc. No. 14 (Reply in support of Application to Stay Execution of Seizure Warrants and Provide Notice to the Court of First Amendment and Franks Violations) (Dec. 6, 2018); **(c)** Doc. No. 27 (Response to Government's Ex Parte Application for Order Setting Briefing Schedule) (Dec. 28, 2018); **and (d)** Doc. No. 27 (Response to Government's Surreply to Motion Regarding Seizure of Attorney's Retainers) (Jan. 14, 2019). Identical pleadings were simultaneously filed by Movant James Larkin in 18-MJ-2872, 18-MJ-2873, 18-MJ-2874, 18-MJ-2876, 18-MJ-2878, 18-MJ-2880, and 18-MJ-2883.

MOVANT JAMES LARKIN'S JOINDER IN MOTION TO VACATE SEIZURE WARRANT (DOC. NO. 9)

## **CERTIFICATE OF SERVICE**

I declare that I am a citizen of the United States and I am a resident and employed in Orange County, California; that my business address is 903 Calle Amanecer, Suite 350, San Clemente, California 92673; that I am over the age of 18 and not a party to the above-entitled action.

I am employed by a member of the United States District Court, and at whose direction I caused service of the following documents on January 14, 2019 on all interested parties in this action as follows: **(1) JOINDER TO TRUSTEE ANNE HAWKINS' MOTION TO VACATE SEIZURE WARRANT (DOC. NO. 9)**

**[X] BY ELECTRONIC TRANSMISSION:** I electronically transmitted a PDF version of this document to the Clerk of the Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants listed below:

**(1) john.kucera@usdoj.gov; (2) USACAC-ChfCriminal@usa.doj.gov; and (3) jrubiner@bkolaw.com**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 17, 2019, at San Clemente, California.

*/s/ Toni Thomas*
Toni Thomas