TABLE OF SEIZURE WARRANTS
18-MJ-02881-RAO
EXHIBIT A

| **DATE** | **MAGISTRATE JUDGE** | **ASSET** |
|---|---|---|
| 3/28/18 | Hon. Patrick J. Walsh | Information associated with the domains registered by ASCIO/WMB Inc. dba Netnames |
| 3/28/18 | Hon. Patrick J. Walsh | Any and all funds held in Ascensus Broker Deal Services, Inc. account: '43-01 and '80-01 |
| 3/28/18 | Hon. Patrick J. Walsh | Any and all funds held in Bank of America, N.A. accounts '9342, '0071, '8225, and '7054 |
| 3/28/18 | Hon. Patrick J. Walsh | Any and all funds held in Compass Bank Accounts '3873 and '3825 |
| 3/28/18 | Hon. Patrick J. Walsh | Any and all funds held in First Federal Savings & Loan of San Rafael Account '3620 |
| 3/28/18 | Hon. Patrick J. Walsh | Any and all funds held in National Bank of Arizona account '0151, '0178, '3645 |
| 3/28/18 | Hon. Patrick J. Walsh | Any and all funds held in Prosperity Bank Account '7188 |
| 3/28/18 | Hon. Patrick J. Walsh | Any and all funds held in Republic Bank of Arizona Account '1889, '2592, '1938, and '2500 |
| 3/28/18 | Hon. Patrick J. Walsh | Any and all funds held in San Francisco Fire Credit Union Account '2523 |
| 3/28/18 | Hon. Patrick J. Walsh | Any and all funds held in Ally Bank Account '6292 |
| 3/28/18 | Hon. Patrick J. Walsh | Any and all funds held in Branch Banking and Trust Account '0218 |
| 3/28/18 | Hon. Patrick J. Walsh | Any and all funds held in Green Bank Accounts '4832 and '4293 |
| 4/9/18 | Hon. Patrick J. Walsh | Any and all funds, securities, and other assets held in or maintained by Perkins Coie Trust Company Account '0012 |
| 4/9/18 | Hon. Patrick J. Walsh | Any and all funds held in Alliance Bernstein Account '6878, '4954, '0582, '7892, '7889, '7888 |
| 4/9/18 | Hon. Patrick J. Walsh | Any and all funds, securities, and other assets held in or maintained by Live Oak Bank |

Exhibit A

TABLE OF SEIZURE WARRANTS
18-MJ-02881-RAO
EXHIBIT A

|  |  |  |
|---|---|---|
|  |  | Account '6910 |
| 4/26/18 | Hon. John E. McDermott | Any and all funds held in Republic Bank of Arizona Accounts '2485, '3126, '8316, '8324, '8332, '8103, '8162, and '8189 |
| 4/26/18 | Hon. John E. McDermott | Any and all funds held in K&H Account '1210 |
| 4/26/18 | Hon. John E. McDermott | Any and all funds held in Fio Bank Accounts 5803, '5801, '5805, '2226, '2231, '2230, '4194, '4196, '4198, '8083, '8086, and '8080 |
| 4/26/18 | Hon. John E. McDermott | Any and all funds held in Knab Bank Account '7664 |
| 4/26/18 | Hon. John E. McDermott | Any and all funds held in Rabo Bank Accounts '2452 and '4721 |
| 6/4/18 | Hon. Jean Rosenbluth | Any and All funds held in Acacia Conservation Funds LP, Account '2020 |
| 6/4/18 | Hon. Jean Rosenbluth | Saxo Payments, Account '1262, Held in the Name of Cashflows Europe Limited |
| 6/4/18 | Hon. Jean Rosenbluth | LHV Pank, Account '4431 |

Exhibit A